IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| ROY M. WEIDNER : | |
| SONIA R. WEIDER : | Bk. No. 09-19806 SR |
|     Debtors : | |
| : | Chapter No. 07 |
| CITIMORTGAGE, INC., S/B/M TO ABN AMRO : | |
| MORTGAGE GROUP, INC. : | |
| : | |
|     Movant : | |
| : | 11 U.S.C. §362 |
| v. : | |
| : | |
| ROY M. WEIDNER : | |
| SONIA R. WEIDER : | |
| : | |
|     and : | |
| : | |
| CHRISTINE C. SHUBERT, ESQUIRE (TRUSTEE) : | |
|     Respondents : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 9th day of Feb, 2010, at PHILADELPHIA upon Motion of CITIMORTGAGE, INC., S/B/M TO ABN AMRO MORTGAGE GROUP, INC., (Movant), it is:

    ORDERED that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362 is modified with respect to premises **1510 WEST SAINT THOMAS DRIVE, GILBERT, AZ 85233-6534** as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

    ORDERED that Rule 4001(a)(3) is not applicable and **CITIMORTGAGE, INC., S/B/M TO ABN AMRO MORTGAGE GROUP, INC.** may immediately enforce and implement the Order granting relief from the automatic stay.

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE